# NICHOLAS AND BARRERA, P.C.

ATTORNEYS AND COUNSELORS AT LAW

ESTABLISHED 1957

ROY R. BARRERA, SR. *
* BOARD CERTIFIED - CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

ANTHONY NICHOLAS †
†1926-2011

ROY R. BARRERA, JR., P.C.
ROBERT J. BARRERA, P.C.
CHRIS K. GOBER, P.C.
MICHAEL A. (TONY) REYES, P.C.
MARISSA BARRERA MORALES, P.C.

AN ASSOCIATION OF INDIVIDUAL
PRACTITIONERS



October 7, 2015M

Mr. Abel Acosta,
Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

> Re:    Juan Torres
>         Trial Court No. 2012-04-12006-CR
>         WR-83,781-01

Dear Mr. Acosta:

I am confused by the dismissal of my application for writ of habeas corpus reflecting as its reason that the conviction was not final and that no mandate had been issued at the time the application was filed in the trial court.

I filed the subject application after the Court denied my Motion for New Trial. I did not file any appeal of such judgment and sentence, whereupon the Court heard my factual and legal presentation on the Writ and denied it.

It is my understanding that a mandate would issue from the Court of Appeals, if an appeal had been taken and the appellate Court had overruled it. My initial pleading to this Court as proposed was an "appeal of the denial" of my writ filed therein. The rule that is referred to in your cited "Exparte Johnson" contemplates a Judgment appealed from and denied. That is not my fact situation and I respectfully would request a reinstatement of any appeal in your Court, or that I be advised respectfully, "where do I go from here?"

Thanking you in advance for your attention and consideration, I remain

Sincerely,

Roy R. Barrera, Sr.

424 E. NUEVA BY LA VILLITA
SAN ANTONIO, TEXAS 78205

www.nicholasandbarrera.com

TEL: (210) 224-5811
FAX: (210) 224-5890

NICHOLAS AND BARRERA, P.C.
ATTORNEYS AND COUNSELORS AT LAW
AN ASSOCIATION OF INDIVIDUAL SOLO PRACTITIONERS
424 EAST NUEVA
BY LA VILLITA
SAN ANTONIO, TEXAS 78205

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
06 OCT 2015 PM 1 L

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711